UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**UNITED STATES OF AMERICA**

v.     CASE NUMBER: 5:20-mj-00017

**JONATHAN YATES**

<u>**SEALED MOTION TO SEAL**</u>

Comes now the United States of America by R. Gregory McVey, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Affidavit, Arrest Warrant, this sealed Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

s/R. Gregory McVey
R. GREGORY McVEY
Assistant United States Attorney
WV State Bar No. 2511
845 Fifth Avenue
Room 209
Huntington, WV  25701
Telephone:  304-529-5799
Fax:  304-529-5545
E-mail: greg.mcvey@usdoj.gov