```
          IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF WEST VIRGINIA
                            BECKLEY
```

UNITED STATES OF AMERICA

v.                                       CRIMINAL NO. 5:20-mj-00017

JONATHAN YATES

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

    1.    <u>Eligibility of Case</u>.  This case involves a:

        ____  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

        _X_  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

        ____  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

        ____  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

        ____  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

        ____  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

        ____  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). The presumption applies because:

    ____ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____ Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    ____ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED: April 2, 2020

                          Respectfully submitted,

                          MICHAEL B. STUART
                          United States Attorney

               By:

                          <u>s/R. Gregory McVey</u>
                          R. GREGORY McVEY
                          Assistant United States Attorney
                          WV State Bar No. 2511
                          845 Fifth Avenue
                          Room 209
                          Huntington, WV  25701
                          Telephone:  304-529-5799
                          Fax:  304-529-5545
                          E-mail: greg.mcvey@usdoj.gov